**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Valeriano MENDOZA–CASTILLO,
Defendant—Appellant.**

No. 03–10041.

D.C. No. CR–02–01491–JMR.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2003.*

Decided Oct. 20, 2003.

Christina M. Cabanillas, Nathan Leonardo, USTU—Office of the U.S. Attorney, Evo A. DeConcini U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Law Office of Francisco Leon, Tucson, AZ, for Defendant–Appellant.

Before WARDLAW, BERZON and CLIFTON, Circuit Judges.

MEMORANDUM**

Valeriano Mendoza–Castillo appeals his guilty-plea conviction and 51–month sentence for being an illegal alien found in the United States after having been deported subsequent to an aggravated felony conviction, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mendoza–Castillo's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and, in light of the valid appeal waiver in the plea agreement, the appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.